JS-6

JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
EMC MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA TORRES, | CASE NO.: CV 08-07539 R(AJWx) |
| Plaintiff, | JUDGE: Hon. Manuel Real |
| v. | JUDGMENT  JS-6 |
| EMC MORTGAGE CORPORATION, and DOES 1-50, inclusive, | CTRM: 8<br>DATE: January 5, 2009<br>TIME: 10:00 a.m. |
| Defendants. | Action Filed: October 15, 2008 |

On January 5, 2009, this Court having entered an order granting defendant EMC Mortgage Corporation's ("EMC") Motion to Dismiss the Complaint of plaintiff Susan Torres ("Plaintiff"), without leave to amend:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Complaint of Plaintiff is dismissed with prejudice in its entirety as to EMC.

2. Judgment is entered in favor of EMC. Plaintiff shall take nothing against EMC in the above-captioned action.

3.   EMC shall recover from Plaintiff the costs of suit relating to the Complaint.  EMC, as the prevailing party, is allowed to file a Memorandum of Costs.

DATED:  January 23, 2009          By: _____

                                                     Manuel Real
                                                   Judge, United States District Court